UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-1336

UNITED STATES OF AMERICA

v.

TERRANCE ROSS WILLAMAN,

Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 04-00028-1E)
Honorable Maurice B. Cohill, Jr., District Judge

Submitted under Third Circuit LAR 34.1(a)
December 9, 2005

BEFORE: RENDELL, FISHER, and GREENBERG, Circuit Judges

JUDGMENT

This cause came on to be considered on the record on appeal from the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on December 9, 2005. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction and sentence entered January 27, 2005, is hereby affirmed.

ATTEST:

Marcia M. Waldron
Clerk

DATED: February 17, 2006

Certified as a true copy and issued in lieu of a formal mandate on 3/13/06

Marcia M. Waldron
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk