```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-28 Erie |
| ) | |
| TERRANCE ROSS WILLAMAN ) | |

### MOTION TO DESTROY FIREARMS

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christine A. Sanner, Assistant United States Attorney for said district, and respectfully moves this Court, pursuant to the All Writs Act, Title 28, United States Code, Section 1651(a) to enter an order authorizing Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, to destroy a firearm seized from the defendant during the investigation of this case. In support thereof, the government alleges as follows:

     1. That on or about September 15, 2004, defendant was indicted for violation of Title 18, United States Code, Section 922(o)(1).

     2. That on or about October 20, 2004, defendant was found guilty of unlawful possession of a machinegun, a violation of Title 18, United States Code, Section 922(o)(1).

     3. That on or about January 26, 2005, defendant was sentenced to 27 months of incarceration.

      4.  That during the course of the investigation, the following weapon was seized from the defendant:

      (a) Sten Mark III submachine gun.

      5.  That, as a result of defendant's felony conviction in the United States District Court for the Western District of Pennsylvania, it is unlawful for the defendant to possess any firearm or ammunition or to receive any firearm or ammunition, Title 18, United States Code, Section 922(g)(1).

      WHEREFORE, as a result of defendant's felony conviction, it is respectfully requested that this Court enter an order authorizing Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives to destroy the above-described weapon.

      Respectfully submitted,

      MARY BETH BUCHANAN  
      United States Attorney

      s/Christine A. Sanner  
      CHRISTINE A. SANNER  
      Assistant U.S. Attorney  
      PA ID No. 85039