```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 04-28 Erie
                              )
TERRANCE ROSS WILLAMAN        )
```

## O R D E R

AND NOW, to wit, this _____ day of July, 2007, the Court having considered the motion of the government to destroy a firearm, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall forthwith destroy the following weapon:

    (a)  Sten Mark III submachine gun

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

cc:  United States Attorney