IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
        v.                      )       Criminal No. 04-28 Erie
                                )
TERRANCE ROSS WILLAMAN          )

O R D E R

AND NOW, to wit, this _10_ day of July, 2007, the Court
having considered the motion of the government to destroy a
firearm, the Court having jurisdiction over the subject matter and
being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special
Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives
shall forthwith destroy the following weapon:

(a)  Sten Mark III submachine gun

Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE

cc:  United States Attorney